Case 7:18-cv-00223   Document 7   Filed on 10/17/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DALIA LIVAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-223 |
| | § | |
| THE BANK OF NEW YORK MELLON, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Now before the Court is Defendants' Motion for Judgment on the Pleadings. (Dkt. No. 6). Plaintiff did not respond to the Motion within the times prescribed by Local Rules 7.3 and 7.4. After careful consideration of the Motion and the applicable law, the Court hereby **ORDERS** that the Defendants' Motion for Judgment on the Pleadings be **GRANTED**. The Court further **ORDERS** that the civil action is hereby **DISMISSED** with prejudice and Plaintiff takes nothing by this suit.

SO ORDERED this 17th day of October, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge